IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACY PYATT<br>  *Plaintiff* | :<br>:<br>: | CIVIL ACTION<br><br>NO. 14-1726 |
| v. | :<br>: | |
| CAROLYN W. COLVIN,<br>**Acting Commissioner of Social Security**<br>  *Defendant* | :<br>:<br>: | |

FILED
AUG 10 2015
MICHAEL E. KUNZ, Clerk
by_____ Dep. Clerk

## ORDER

AND NOW, this 10th day of August 2015, upon consideration of Plaintiff's request for review, [ECF 8], and Defendant's response thereto, [ECF 11], and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, [ECF 15], Plaintiff's Objections thereto, [ECF 16], and Defendant's response to Plaintiff's Objections, [ECF 17], it is hereby **ORDERED**, consistent with the Memorandum Opinion filed on this day, that:

1. Plaintiff's Objections are **OVERRULED**;

2. the Report and Recommendation is **APPROVED** and **ADOPTED**; and

3. Plaintiff's request for review is **DENIED**.

The Clerk is directed to **CLOSE** this matter.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.